In the Matter of Xavier C., an Infant. Oneida County Department of Social Services, Respondent; Louis C., Appel-

lant. [938 NYS2d 494]

Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.